IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUPERNUS PHARMACEUTICALS, INC., | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1293 (MN) ) |
| LUPIN LIMITED, LUPIN ATLANTIS HOLDINGS S.A., NANOMI B.V., LUPIN INC. AND LUPIN PHARMACEUTICALS, INC., | ) ) ) ) ) ) |
| Defendants. | ) ) |

## [PROPOSED] JOINT STIPULATION AND ORDER

Plaintiff Supernus Pharmaceuticals, Inc. ("Supernus"), and Defendants Lupin Limited, Lupin Atlantis Holdings S.A., Nanomi B.V., Lupin Inc., and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"), by and through their respective counsel, subject to the Order of the Court, hereby stipulate as follows:

1. Supernus and Lupin agree to move the deadlines for filing expert reports by **one week** to allow the parties to finalize and file, and the Court to consider, a Joint Motion and/or Stipulation to move the trial date.

2. The previous and now agreed-upon due dates to file expert reports are as follows:

| Expert Report | Previous Due Dates | Now Agreed-Upon Due Dates |
|---|---|---|
| Opening Expert Report | February 8, 2023 | February 15, 2023 |
| Rebuttal Expert Report | March 17, 2023 | March 24, 2023 |
| Reply Expert Report | April 14, 2023 | April 21, 2023 |

Dated: February 3, 2023

| | |
|---|---|
| /s/ Francis DiGiovanni | /s/ John C. Phillips, Jr. |
| Francis DiGiovanni (No. 3189) | John C. Phillips, Jr. (#110) |
| Thatcher A. Rahmeier (No. 5222) | David A. Bilson (#4986) |
| FAEGRE DRINKER BIDDLE & REATH LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
| 222 Delaware Ave., Suite 1410 | 1200 North Broom Street |
| Wilmington, DE 19801 | Wilmington, DE 19806-4204 |
| (302) 467-4200 | (302) 655-4200 |
| francis.digiovanni@faegredrinker.com | jcp@pmhdelaw.com |
| thatcher.rahmeier@faegredrinker.com | dab@pmhdelaw.com |
| | |
| *Of Counsel* | *Of Counsel* |
| | |
| Edgar H. Haug *(Pro Hac Vice)* | William R. Zimmerman *(Pro Hac Vice)* |
| Nicholas F. Giove *(Pro Hac Vice)* | Andrew E. Morrell *(Pro Hac Vice)* |
| Richard F. Kurz *(Pro Hac Vice)* | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| HAUG PARTNERS LLP | 1717 Pennsylvania Ave. N.W., Ste. 900 |
| 745 Fifth Avenue | Washington D.C. 20006 |
| New York, New York 10151 | (202) 640-6400 |
| (212) 588-0888 | Bill.Zimerman@knobbe.com |
| ehaug@haugpartners.com | Andrew.Morrell@knobbe.com |
| nigove@haugpartners.com | |
| rkurz@haugpartners.com | Carol Pitzel Cruz *(Pro Hac Vice)* |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| *Attorneys for Plaintiff* | 925 Fourth Avenue, Suite 2500 |
| *Supernus Pharmaceuticals, Inc.* | Seattle, WA 98104 |
| | (206) 405-2000 |
| | Carol.Pitzel.Cruz@knobbe.com |
| | |
| | *Attorneys for Defendants* |
| | *Lupin Ltd., Lupin Atlantis Holdings S.A.,* |
| | *Nanomi B.V., Lupin Inc., and Lupin* |
| | *Pharmaceuticals, Inc.* |

SO ORDERED this _____ day of February, 2023.

_____
The Honorable Maryellen Noreika
United States District Judge